# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL ACTION |
| | : |
| v. | : NO. 23-198-1 |
| | : |
| **JOSEPH LAFORTE** | : |

## ORDER

**AND NOW**, this 15th day of December 2023, upon considering Defendant Joseph LaForte's Motion for pretrial release (ECF No. 108), the United States' Response (ECF No. 114), Defendant's Reply (ECF No. 115), following our evidentiary hearing, and for reasons detailed in today's accompanying Memorandum with Findings of Fact and Conclusions of Law, it is **ORDERED** Defendant Joseph LaForte's Motion for pretrial release (ECF No. 108) is **DENIED.**

_____
**KEARNEY, J.**