IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL ACTION |
| : | |
| v. : | NO. 23-198 |
| : | |
| JOSEPH LAFORTE, LISA : | |
| MCELHONE, COMPLETE BUSINESS : | |
| SOLUTIONS GROUP, INC., JOSEPH : | |
| COLE BARLETA, JAMES LAFORTE : | |

## ORDER

AND NOW, this 26th day of February 2024, upon considering the United States' Motion to amend (ECF No. 133) and seal the second superseding Indictment (ECF No. 132), and finding good cause, it is **ORDERED**:

1. The United States' Motion to amend (ECF No. 133) is **GRANTED**;

2. The Clerk of Court shall **SEAL and IMPOUND** the second superseding Indictment (ECF No. 132) until further Order;

3. The United States shall amend paragraph 2 on page 76 of the second superseding Indictment (ECF No. 132) to read : "These tax returns were prepared by Accountant No. 1 and Accountant No. 2."; and,

4. The United States shall file the amended second superseding Indictment on or before **February 27, 2024.**

_____
KEARNEY, J.