IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 23-198 |
| | : | |
| JOSEPH LAFORTE, JOSEPH COLE BARLETA, JAMES LAFORTE | : : | |

# ORDER

**AND NOW**, this 17th day of January 2025, following our conference (ECF 283) setting an evidentiary hearing at the parties' request to study the amount of actual loss under section 2B1.1 of the Sentencing Guidelines before the sentencing hearings set over the next several weeks, having considered the parties' extensive Memoranda and reports (ECFs 289, 292, 293) before and after evaluating the credibility of noticed expert and agent testimony during our January 13, 2025 evidentiary hearing (ECF 296), and for reasons in a forthcoming Memorandum with Findings of Fact (but issuing the Order today to provide counsel and the Probation Officer with earlier guidance ahead of their sentencing hearings), it is **ORDERED** the actual fraud loss consistent with guidance from the United States Sentencing Guidelines arising from the convicted racketeering and fraudulent scheme to be applied for sentencing purposes is $288,395,088.00.

**KEARNEY, J.**