1/31/2025

Your Honor,

I am writing to you today on behalf of my brother, Joseph LaForte in regards to his upcoming sentencing. My name is Tara Gibson and I am Joseph's sister. I recognize the seriousness of the charges, and I understand that you must consider all factors when determining a just sentence. I am writing to offer a perspective on Joseph's character and the vital role he plays within our family.

My brother, who's just 14 months older than me, has always been my closest ally, and we've shared a bond that's unbreakable. Growing up in a sometimes unstable household, we stuck up for each other through thick and thin, facing challenges together that many kids our age couldn't imagine. Whether it was standing up to unfair situations or just getting through tough times, we were always there to support one another. From a young age, we took on a lot of responsibility, helping to take care of our younger siblings and stepping up when things got hard. That sense of duty and loyalty to each other made us a team in every sense of the word. Even when everything else seemed uncertain, we knew we could always count on each other.

Joe has always been a strong and unwavering source of support for our family. He has consistently been the person we turn to during times of need, offering both practical assistance and emotional guidance. He is the kind of person who always puts the needs of his family before his own, a trait I have witnessed countless times over the years.

One instance that particularly stands out is the period when our father was seriously ill. Joe stepped up without hesitation to be his primary caregiver. He dedicated his time and energy to ensuring our father had everything he needed, from scheduled doctor's appointments to providing around-the-clock care. He was patient, compassionate, and tireless, and his efforts significantly improved our father's quality of life during a very difficult time. This experience highlighted his immense capacity for empathy and his unwavering commitment to family.

Beyond his practical assistance, Joe is a deeply thoughtful and insightful individual who consistently provides wise counsel. I, along with other members of our family, frequently seek his advice on matters big and small. He has a knack for offering sensible and encouraging perspectives, helping us to navigate challenges and make informed decisions. His support has been instrumental in helping me personally in many ways. Several years ago, I made the challenging decision to move to Philadelphia. I was leaving behind a familiar and comfortable environment for a completely new city, with no established support system. This move was incredibly overwhelming. I felt lost and isolated in the beginning. It was during this time of vulnerability that Joe recognized my struggles and made a conscious effort to ensure I didn't feel alone. Joe consistently went above and beyond to make me feel supported. He would spend countless hours with me, exploring the city, introducing me to new places and people, and simply being there to talk. He patiently listened to my anxieties and frustrations, offering a steadying presence and unwavering encouragement. He has a way of making you feel listened to and understood, and his encouragement is invaluable.

His absence would create a significant void in our family, and his unique ability to provide support and stability would be sorely missed. We understand that Joseph must be held accountable for his actions, but I sincerely hope that when you consider his sentence, you will

also take into account the positive contributions he makes to our family's wellbeing and the deep remorse he has expressed for his mistakes.

We believe that he has the potential to learn from this experience, and we are confident that you will consider the positive attributes he has demonstrated throughout his life. Thank you for your time and consideration in this matter.

Sincerely,
Tara Gibson

Dear Judge Kearney,

I wanted to share with you a few things about my brother Joey- as I know him. I've reflected quite a bit lately on what creates the path of your life and what influences inspire you to become who you are and the drive to where you want to be. For me, my brother was a very big part of that.

I remember always feeling supported, heard and loved growing up. He has the ability to both make you think about how you can be and do better but never pushing you in any one direction. Throughout my life he has been by my side as a figure of support and love.

I am the youngest of four- the biggest age difference being between myself and Joey. It is because of this I believe that he was a parental figure to me. He always kept me at the forefront of his mind making sure I was doing the right things and staying on the right path. I'm forever grateful for that.

We spent endless hours talking and laughing, playing games, enjoying holidays together. No matter how big the age difference I was always in the mix and included. Joey is kind, thoughtful and selfless.  There have been endless times I've been thankful to call him my big brother and have been grateful for his friendship and love. I'm asking for you to remember that he is a husband uncle and brother- and his family needs him.

Thank you for listening.
Gratefully,
Jenn LaForte

Dear Judge Kearney,

I am grateful for the opportunity to speak on behalf of my son, Joe. It is my sincere hope that I can convey even a fraction of the truth and heart of the man who stands before you—a man who is far more than the actions that have led him here today.

Family is the greatest gift we have, and within our family, we have faced many storms. Throughout these challenges, Joe has been our strength. My heart aches at my son's situation and even more so at the image of him that has been portrayed, for it does not reflect the true essence of his character. His intelligence, creativity, and kindness have always shone through, guiding those around him—including me—toward their highest potential. He has lifted me in my times of weakness, standing by me with unwavering support, just as he has done for so many others.

While I do not excuse his mistakes, I ask you to consider that they do not define him. He is a devoted husband, a loving son, and even a caretaker to his beloved dogs, all of whom have been touched by his deep capacity for love. He has spent countless hours motivating others, offering them hope and opportunities when they had none. He has provided jobs and training to those struggling, helping them rebuild their lives. His advocacy for children with Duchenne muscular dystrophy is yet another testament to his selflessness and desire to make a difference.

I have witnessed Joe demonstrating that he is capable of learning from his past. These glimpses of his potential give me hope for his future. I understand that justice must be served, and I deeply respect the weight of your responsibility in making this decision. However, I humbly ask that you consider a sentence that allows for rehabilitation and the opportunity for Joe to rebuild his life.

As his mother, I remain steadfast in my support and commitment to him. I truly believe this experience can serve as a turning point in his life, and I have faith in his resilience and capacity for redemption.

Thank you for your time and for considering the full humanity of my son as you deliberate. I trust in your wisdom and fairness in weighing all aspects of this case.

Sincerely,

Tina LaForte

Dear Judge Kearney,

I am writing this letter on behalf of my brother-in-law, Joseph LaForte.

I have known Joe for over 20 years, and he has always been a caring and supportive individual, not only to our family but also to friends and neighbors. I have witnessed his kindness and commitment to helping others, whether it's offering emotional support during difficult times or volunteering his time and donating to anyone in need.

I remember when I first met Joe, I was in high school. Our basketball team didn't have the funds for new uniforms, and he was the first person to donate to my high school so our team could have what we needed. Joe was always patient and kind and helped me with papers in school, gave me a job after school and during my summers off so I could learn something constructive and build my resume.

Joe has made mistakes, as we all have, but I truly believe that he is genuinely remorseful and committed to being better every day.

I respectfully ask for your leniency as you deliberate on the appropriate consequences for Joseph LaForte. I believe that Joe has the potential to learn from this experience and become a positive influence in the community.

Joe's absence has affected mine and my family's greatly, especially my sister, Lisa. He was always there for anything that any of us ever needed and it has been difficult without him. He has been an instrumental role model and big brother in my life and I miss him very much.

Thank you for taking the time to read my letter. I trust you will consider this perspective as you make your decision.

Sincerely,

Jamie McElhone
Sister- in-law

Dear Judge Kearney,

I hope this letter finds you well. We are the mother-in-law and father-in-law of Joseph LaForte. We are writing to you to express our support for Joseph LaForte during this challenging time.

We are both retired and have 2 daughters. We have known Joseph for 20 plus years, and in that time, we have come to respect and admire his many positive qualities. He has been a dedicated and loving partner to our daughter demonstrating love, and commitment to family. Joe consistently goes out of his way to help others and has been there countless times for our family during difficult moments and times of need.

While we understand the gravity of the situation at hand, we truly believe that Joe is remorseful and has recognized the impact of his actions. We have seen him take responsibility for mistakes, seeking ways to grow and improve.

It is our sincere hope that you consider leniency in your sentencing. Joseph LaForte has the potential to learn from this experience and to contribute positively to our community with all our family's support and understanding.

Thank you for considering our perspective on Joseph LaForte. We trust you will make a decision that reflects the potential for rehabilitation and healing.

Respectfully,

James and Margaret McElhone
Father-in-law and Mother-in-law of Joseph LaForte

Dear Honorable Judge Kearney,

I am writing to you today regarding Joseph LaForte, a man I have known since his birth. Raised with strong values by his mother and late father, Joseph has grown into a compassionate, intelligent, and well-rounded individual. I have had the privilege of watching him mature into the caring and thoughtful person he is today.

As a widow, there have been many times when I have faced challenges alone. However, I have always been able to count on Joseph. No matter the situation, I knew that with just one call, he would be there to help me. His unwavering support and kindness are qualities I have seen in him throughout his entire life. He has always been someone who helps others without hesitation, and I have no doubt that he will continue to do so.

I respectfully ask you to consider his many admirable qualities and the positive impact he has on those around him.

Sincerely,

Claudia DiPietro

Lakewood, NJ
(732)



January 10, 2025

Dear Judge Schofield,

I am writing this letter in support of my longtime client and friend, **Joseph LaForte**, who is pending sentencing in your court.

As a local concierge medicine physician based in suburban Philadelphia, I enjoy having the distinct honor and privilege of getting to know my clients exceptionally well. Unlike most doctors who see their patients for a rushed 15-minute appointment once or twice a year, the nature of my practice, which intentionally limits itself to very few patients, affords the opportunity for continuous conversation throughout the year. I get to partake in my clients' lives, really getting to know them, and sharing in their triumphs and challenges. Such a relationship not only helps me to provide exceptional medical care, but also provides keen insights about my clients as people.

Joe is a remarkably intelligent person who I've greatly enjoyed getting to know over the years. His eagerness to learn and grow has always impressed me. His intellect is matched only by his kindness and caring nature. It's obvious to everyone around him that he absolutely adores his wife, Lisa, and his family, and he never hesitates to put them first. This has been demonstrated to me time and again over the years. I feel this shows very clearly that Joe is not only capable of deep thought and consideration, but also possesses profound lover for his family and others. I understand that he is facing serious consequences, but I truly believe that Joe is capable of making better choices in the future. He has expressed genuine remorse for his actions and is committed to turning his life around.

Devine Concierge Medicine
104 S. Wayne Avenue
P.O. Box 279
Wayne, PA 19087-0240
Phone 610.486.5980   |   Fax 610.273.5596

In conclusion, I respectfully urge you to consider Joe's true character and the potential for his rehabilitation when determining the appropriate sentence. I am confident that he can become a positive, contributing member of society. His wife, family, and friends miss him terribly and long for nothing more than to have him home. I thank you for your time and consideration.

Sincerely,

**Michael S. Devine, MD**
*Founding Partner of Devine Concierge Medicine*
*Internal Medicine & Geriatric Medicine*



January 10, 2025

Dear Judge Schofield,

    I am writing to you in my capacity on behalf of my friend, Joseph (Joe) LaForte who is pending sentencing in your court.

    My name is Sarah Messman and I have had the pleasure of caring for Joe over the years. I am a Registered Nurse that works with Dr. Michael Devine on behalf of Devine Concierge Medicine. Devine Concierge Medicine is a primary care practice that strives to provide thorough, compassionate and personalized care to each client. I take pride in caring for each of our patients as family. As a result, I have had the honor of forming lifelong relationships with our clients, such as Joe.

    One thing that resonates with me, is Joe's ability ability to cope with his fears. In moments of vulnerability, Joe's empathy shined through, making him a pillar of support. He often jokes that while he dreaded needles, he'd gladly face them a hundred times if it meant someone else could feel a little less afraid. After all, he believes in the power of camaraderie and the importance of connection, especially in moments of uncertainty.

    Although Joe may face legal issues, that does not strip away his capacity for empathy, kindness, creativity, or other admirable qualities. Joe remains a beacon of positivity for those around him. Each day, he is determined to uncover the good in people, holding onto a deep belief that kindness exists all around us, if only we take a moment to notice. His wife, family and friends are treated with the same reverence. He invests time and energy into these relationships, understanding that genuine connections are what sustain us. Whether it's lending a listening ear during tough times or celebrating achievements, he ensures that those he cares about feel valued and appreciated. Ultimately, Joe believes that it is these small acts of kindness, whether offered by friends or strangers, create hope and light in a world that can often feel overwhelming.

      I understand that Joe has been involved in legal implications, however, he is fully aware of his actions. I would like to take a moment to express my gratitude for the time and effort you have dedicated to reviewing my experiences. I sincerely hope that it has become evident that Joe is truly remorseful for his actions. He recognizes the impact of his decisions and is committed to making amends. Thank you for your consideration

Respectfully,
**Sarah Messman, RN-BC, MSN, BSN**

*Nurse Navigator*
*Devine Concierge Medicine*
*P. 610-801-1904*
*F. 610-273-5596*
*E. swatts@devinemd.com*

Joseph Kuchs
▉▉▉▉▉▉▉▉▉▉
Bensalem, PA ▉▉▉▉

January 15, 2024

Honorable Judge Mark A. Kearney
United States District Court
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Character Reference for Mr. Joseph LaForte

Dear Judge Kearney,

I am writing this letter on behalf of my past friendship with the defendant, Joseph LaForte. I am a retired Philadelphia Police Officer for 30 years, a college-educated man who has made mistakes himself in the past, and I am married with no children. I now live in Bensalem, Pa.

I was introduced to Joseph LaForte many years ago with an opportunity to make some investment money after losing all my savings to a company in Philadelphia called: American Business Financial Services. These people took my money on an investment, and two months later, they filed Chapter 11, and I lost everything. A friend introduced me to Joseph LaForte in hopes that I could regain some of my losses. Joe understood my situation and tried to help me by giving me a higher return on my money than usual. I invested a small amount with him for one year, and he was always on time with the payments, and I grew to like him. I used to have long talks with him at his offices on 2nd Street in Philadelphia. I have never found him to be distrustful in any manner, and I cannot say anything bad about him. I was most surprised to hear that he was charged with criminal activity. I would ask that you take into consideration his past good deeds and also consider that we are all human and make foolish mistakes. Some get away with it; others pay the price.

I think the IRS just likes to punish people to keep them in fear of the IRS. I think that the only person who is completely innocent of any financial situations or tax issues would be a guy they crucified two thousand years ago. None of us are Saints. I ask that you consider all facets of his life before making any decision.

Thank you for your time and any considerations..

Respectfully,
*[signature]*
Joseph Kuchs
▉▉▉▉▉▉
Bensalem, PA ▉▉▉▉

T. Anthony Jones

Newtown Square, PA

June 16, 2024

Honorable Judge Mark A. Kearney

United States District Court

6613 U.S. Courthouse

601 Market Street

Philadelphia, PA 19106

**RE: Character Reference for Mr. Joseph LaForte**

Dear Judge Kearney,

I am writing this letter on behalf of my friend and colleague, Mr. Joseph LaForte.

My name is T. Anthony Jones, and I am currently a Partner in charge of the Cybersecurity Practice at IS Partners, LLC, located in Dresher, Pennsylvania. Over the past 30 years, I have built a successful career across multiple industries, including insurance, financial services, manufacturing, not-for-profit organizations, and service companies. My professional expertise spans IT consulting, cybersecurity, and risk management, and I hold credentials as a Certified Information Systems Auditor (CISA), Certified Information Systems Manager (CISM), Qualified Security Assessor (QSA), and Certified ISO/IEC 27001 Lead Auditor. I earned a Bachelor of Science degree in Financial Management and an MBA with a concentration in Information Systems from Saint Joseph's University.

In addition to my professional accomplishments, I take great pride in my role as a father. I have a daughter who is 23 years old, whom I have raised as a single father since she was 6 years old. She attended The Hill School and recently graduated from Penn State University in State College.

I have known Mr. LaForte since 2012, when I initially started as an investor in his company, Par Funding. Over time, our professional relationship developed into a strong and lasting friendship. I have come to know him as an honorable, trustworthy man of his word. In both business and personal dealings, Mr. LaForte has always conducted himself as a gentleman, displaying a level of integrity that is increasingly rare.

One example that stands out is when we entered into an investment agreement for one

million dollars on nothing more than a handshake. Throughout the entire investment period, Mr. LaForte never missed a single payment and honored every aspect of our agreement. This experience speaks volumes about his commitment to honesty and reliability.

Additionally, Mr. LaForte went out of his way to help my daughter secure a summer internship while she was a Junior at Penn State University. His support in this regard meant a great deal to our family and further demonstrates his generosity and willingness to support others.

At the same time, I acknowledge that Mr. LaForte has broken the law and fully understand the seriousness of the situation before this Court. While these actions cannot be excused, I believe it is important to emphasize that they do not define his entire character. In the years I have known him, I have witnessed firsthand his dedication to his family, friends, and business associates. He has consistently demonstrated a willingness to support others, act with kindness, and take accountability for his actions.

It is also important to recognize the broader impact of Mr. LaForte's absence. His company, Par Funding, played a vital role in supporting small businesses by providing timely loans to help them expand and grow. These small businesses often struggle to secure financing from large banks, which either take too long to approve loans or deny loans to businesses with shorter operating histories. Without Mr. LaForte and his company, many of these businesses have been left without the resources they need to succeed, creating a ripple effect on their employees, customers, and communities.

It is my sincere hope that this letter offers Your Honor some insight into Mr. LaForte's character as you consider the matters before you. I truly believe that he has the capacity to reflect on his mistakes and move forward in a positive and meaningful way.

Please do not hesitate to contact me directly if I can provide any additional information.

Thank you for your time and consideration.

Respectfully,

*T. Anthony Jones*
T. Anthony Jones

Newtown Square, PA

Phone: 267

Email: .com

Dear Judge Kearney,

I am writing this letter on behalf of my friend, Joseph LaForte. My name is Paul Pristavec, I am 53 years old and have lived on Staten Island my whole life. I am married, a father of six children and a practicing Catholic that attends mass every Sunday. I have been a financial advisor at Merrill Lynch for 30 years and a board member of the Cristian Rivera Foundation, which helps to find a cure for children's brain cancer. I am also involved with several other charities in the New York City area, and am a CYO basketball coach. I have a degree in business from Wagner College.

I met Joe when I was in the 7th grade and Joe was in the 8th grade while competing against each other in baseball. We both attended the prestigious all boy Catholic High School Monsignor Farrell and played varsity football together. We had a large group of friends at Msgr. Farrell that socialized outside of school and Joe was known as the leader of the group. I continued to keep in touch with Joe after high school and we would get together periodically.

Joe moved down to Miami in the 1990s and I would travel to see him a couple times each year. After Joe got married, he moved to his wife's hometown of Philadelphia. My wife and I would get together with Joe and his wife, either in Philadelphia or when they came up to visit in New York.
We all became very close.

I realize that Joe has broken the law and wanted the court to know that he was in the wrong. There were, however, many excellent qualities that he possessed. Even thought Joe didn't have his own children, he treated my kids as if he was a family member. We spent many special occasions together and my children always loved to see him. Joe is a charitable person and always helped me physically or monetarily with my various charitable endeavors. Every summer Joe would accompany me on a charity cruise around Manhattan for the Cristian Rivera Foundation. A few children with brain cancer would be on the cruise and Joe would interact with them and lift their spirits. He has also paid for airfare for sick children and their families to attend Memorial Sloan Kettering for treatment. Joe is very close to his immediate family, which I have seen firsthand for forty years. He has employed thousands of people over the years and has helped numerous people become huge success in various businesses, such as real estate. For example: he hired fledgling real estate lawyer to help with his Florida portfolio and that lawyer became very successful and now has his own practice. He has given people opportunities in business that they would not normally get and helped them to excel. He instinctively knew if you were a go getter and would help you succeed to reach your life's goals.

Joe's absence from the community would be felt greatly from all the people that worked with and around him. His entrepreneurship and work ethic is admired by countless people that did better for themselves because of him. My wife ad I and our six children, will be missing someone that is considered family. My oldest son is a better man because of Joe. Sometimes, kids don't listen to their parents and Joe taught him to do well in school, always give 100% to work and your family. He will be missed from all his friends that keep in touch with Joe from our high school days.

Sincerely,
Paul Pristavec

Dear Judge Kearney,

I hope this letter finds you well. My name is Lisa McElhone, and I am the wife of Joseph LaForte. I am writing to you to share my thoughts and feelings regarding my husband as you consider his case.

Throughout the past 22 years together, I have come to know Joe as a caring and devoted partner, who is always there for our family and friends. He has a deep sense of responsibility and has always strived to provide for us. He exhibits qualities of kindness, compassion, and integrity in our daily lives. He is the best person I know.

Joe puts everyone's needs before his own and is selfless when it comes to those he loves. I have witnessed Joe doing so many good deeds for myself, our family, friends, and others that I cannot possibly list all of them. Joe was the first person to recognize when someone in our family needed help with substance abuse and took it upon himself to send them to rehab. He called the facility, made reservations and booked that person a plane ticket so they would get the treatment they needed. He also sent a close colleague to therapy and was insistent that they speak with a professional when they were dealing with a very hard time. Joe took it upon himself to find a psychologist, booked the appointment and made sure that person had someone to talk to when they didn't feel comfortable speaking to anyone else. He helped employees get emergency medical appointments, find them apartments to live in, and pay for funerals for their family who he never met or knew. He helped put family members through school and offered to move those in need closer to us, so they had opportunities to work. He hand-delivered Christmas trees to our family and friends during Christmas time when they were not in the spirit. Joe has an uncanny ability to understand when someone is in need or in trouble and is the first person to jump at an issue or a challenging situation to find a solution where most would turn their head because it is too difficult. He has a huge heart and cares very much about the well-being of those he loves and cares for. His genuine concern for others is admirable.

While I fully acknowledge the severity of the matter at hand, I want to emphasize that Joe is genuinely remorseful for the mistakes made. I have witnessed firsthand the commitment to personal growth and the desire to make amends.

As his wife, I firmly believe that Joe can continue to be a positive influence not only for our family but also for the community.

It is very hard dealing with his absence during this challenging time, and I kindly ask for your understanding and leniency as you make your decision regarding this matter. I appreciate your time and consideration and trust that you will weigh this perspective in your deliberation.

Thank you for reading my letter.

Sincerely,

Lisa McElhone
Wife of Joseph LaForte