T. Anthony Jones
Newtown Square, PA
June 16, 2024

Honorable Judge Mark A. Kearney
United States District Court
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Employment Letter for Mr. Joseph LaForte

Dear Judge Kearney,

I am writing this letter on behalf of my friend and colleague, Mr. Joseph LaForte.

My name is T. Anthony Jones, and I am a Managing Partner at Trio Solutions Services. Trio Solutions Services provides a range of solutions for small businesses, including security, business financing, and operational efficiency.

I have known Mr. LaForte since 2012, when I first became an investor in his company, Par Funding. Over the years, our professional relationship grew into a strong and lasting friendship. In both business and personal dealings, Mr. LaForte has proven himself to be a man of integrity and honor, always conducting himself with the utmost professionalism.

Upon his release from prison, I will be offering Mr. LaForte a job as a consultant with Trio Solutions Services Inc. He has worked in this capacity for me in the past and added tremendous value to the company. His skills and work ethic have been a true asset, and I am confident that he will continue to be an excellent contributor in the future. This position will be based out of our West Palm Beach Florida office at the time of his release.

Please do not hesitate to contact me directly if I can provide any additional information.

Thank you for your time and consideration.

Respectfully,

*T. Anthony Jones*

T. Anthony Jones
Phone: 267-