Joe L███████ <███████@gmail.com>

## Volunteering for Main Line Meals on Wheels
3 messages

---

**Bryn Mawr Office of Meals on Wheels** <███████@mainlinemealsonwheels.org>    Tue, Jul 26, 2022 at 12:23 PM
To: ███████@gmail.com" <███████@gmail.com>

Dear Joe,

Thank you for your interest in volunteering for Main Line Meals on Wheels. It was a pleasure chatting with you today about volunteering. We deliver meals Monday-Friday, 52 weeks a year, holidays included.

 Our volunteer positions are as follows:

   Pantry Aid (helping to pack meals)- 9:30 – 10:00a

   Driver (driving meals to patrons) 10:00a - 12:00p

   Visitor (takes meals from car to patron)- 10:00a - 12:00p

   and we deliver out of Bryn Mawr Hospital. You can commit to as much time as you would like. Many volunteers deliver meals on a weekly basis, some every other week, and some as substitutes whenever it works for them. All minors must be accompanied by a parent/guardian.

 If this is something that you are still interested in, please complete / return the attached form and give us a call to discuss scheduling.

Sincerely,

Mackenzie Gross

*Mackenzie, Kathie, Joye and Erika*

*Office Coordinators, Bryn Mawr Office*

*Ph: 484*-███████

**VOLUNTEERS- COVID OMICRON VARIANT CONCERN**

**ALWAYS wear a mask** when entering a patrons home or entering an apartment building - We don't necessarily know our patrons vaccination status, and they don't know ours. For the sake of everyone's safety, but to allow for much needed socialization, please wear a mask.



---

 **Volunteer application.pdf**
252K

 Gmail                                                                                          Joe L@gmail.com>

## Joseph LaForte application
5 messages

@gmail.com  @gmail.com>                                                            Tue, Jul 26, 2022 at 12:52 PM
To: @mainlinemealsonwheels.org

Attached is my application to be of service. Thank you

📄 Mainline Meals on Wheels App.pdf
   59K

---

**Bryn Mawr Office of Meals on Wheels** @mainlinemealsonwheels.org>                Wed, Jul 27, 2022 at 10:27 AM
To: @gmail.com" @gmail.com>

Hi Joe,

Thanks for returning your volunteer application. I've added you to our system and our email distribution list. You will start receiving emails with volunteer openings. Feel free to respond by email to let us know if you are available for any of the openings.

Right not, we have only one opening in August, but that may (and frequently does) change. The opening is for a Driver on **Monday, 8/8. If you are interested in that spot, let me know**.

In September, we have regular openings for Driver on both Tuesdays and Thursdays. Let me know of any Tuesdays or Thursdays in September that might work for you and I can get you on the calendar.

General information about delivering meals:

- Please arrive to the loading dock of the Bryn Mawr Hospital by 10am. The loading dock is located on Old Lancaster Road, near the intersection of Old Lancaster Road and S. Bryn Mawr Ave. Your assigned Visitor will meet you there.

- The coolers will be brought out to your car and loaded around 10am.

- Delivery will take about 1.5-2 hours.

- Upon completion, return the coolers to the loading dock of the Bryn Mawr Hospital and call the Meals on Wheels office to let us know of your return.

If you have any questions, please call our office at the number below. We look forward to having you on board!

Sincerely,

Mackenzie

*Mackenzie, Kathie, Joye and Erika*

*Office Coordinators, Bryn Mawr Office*

Ph: 484 ▮▮▮▮▮▮

**VOLUNTEERS- COVID OMICRON VARIANT CONCERN**

**ALWAYS wear a mask** when entering a patrons home or entering an apartment building - We don't necessarily know our patrons vaccination status, and they don't know ours. For the sake of everyone's safety, but to allow for much needed socialization, please wear a mask.



[Quoted text hidden]

---

**Joe L**▮▮▮▮▮▮@gmail.com>  Wed, Jul 27, 2022 at 10:56 AM
To: Bryn Mawr Office of Meals on Wheels ▮▮▮▮▮▮@mainlinemealsonwheels.org>

Thank you. I will do the driving on 8/8. I marked my calendar and will be there.
As far as September, the 6th, Sept 15, Sept 20, and Sept 29th work for me. Would be happy to help on those days. Let me know if I can be of service. Thanks for the opportunity to help out.
Joe LaForte.

Sent from my iPhone

> On Jul 27, 2022, at 10:27 AM, Bryn Mawr Office of Meals on Wheels ▮▮▮▮▮▮r@mainlinemealsonwheels.org> wrote:
>
>
> Hi Joe,
>
> Thanks for returning your volunteer application. I've added you to our system and our email distribution list. You will start receiving emails with volunteer openings. Feel free to respond by email to let us know if you are available for any of the openings.
>
> Right not, we have only one opening in August, but that may (and frequently does) change. The opening is for a Driver on **Monday, 8/8. If you are interested in that spot, let me know**.
>
> In September, we have regular openings for Driver on both Tuesdays and Thursdays. Let me know of any Tuesdays or Thursdays in September that might work for you and I can get you on the calendar.
>
> General information about delivering meals:
>
> • Please arrive to the loading dock of the Bryn Mawr Hospital by 10am. The loading dock is located on Old Lancaster Road, near the intersection of Old Lancaster Road and S. Bryn Mawr Ave. Your assigned Visitor will meet you there.

- The coolers will be brought out to your car and loaded around 10am.

- Delivery will take about 1.5-2 hours.

- Upon completion, return the coolers to the loading dock of the Bryn Mawr Hospital and call the Meals on Wheels office to let us know of your return.

If you have any questions, please call our office at the number below. We look forward to having you on board!

Sincerely,

Mackenzie

**Mackenzie, Kathie, Joye and Erika**

**Office Coordinators, Bryn Mawr Office**

Ph: 484 ███████

**VOLUNTEERS- COVID OMICRON VARIANT CONCERN**

**ALWAYS wear a mask** when entering a patrons home or entering an apartment building - We don't necessarily know our patrons vaccination status, and they don't know ours.  For the sake of everyone's safety, but to allow for much needed socialization, please wear a mask.



[Quoted te t hidden]

 Joe L[redacted]@gmail.com>

## tomorrow
6 messages

---

**Bryn Mawr Office of Meals on Wheels** [redacted]@mainlinemealsonwheels.org>  Thu, Jul 28, 2022 at 8:02 AM
To: Joe LaForte [redacted]@gmail.com>
Cc: "Mackenzie Gross [redacted]@yahoo.com)" [redacted]@yahoo.com>

Hi Joe,

Understand that you are going to be a visitor tomorrow and wanted to let you know where to park since you can't bring your car into the loading dock area unless you are a driver.

There is a metered lot on Bryn Mawr Ave right across from the hospital. There is also limited street parking with most of those spots having a 2 hour maximum which should be ok but you never know. After you park just walk into the loading dock area and wait till we come out with the coolers.

I am actually working tomorrow so if you have any problems call me at 610[redacted]

Thanks and look forward to meeting you.

Kathie

*Mackenzie, Kathie, Joye and Erika*
*Office Coordinators, Bryn Mawr Office*
Ph: 484[redacted]

**VOLUNTEERS- COVID OMICRON VARIANT CONCERN**

**ALWAYS wear a mask** when entering a patrons home or entering an apartment building - We don't necessarily know our patrons vaccination status, and they don't know ours. For the sake of everyone's safety, but to allow for much needed socialization, please wear a mask.



---

Joe L[redacted]@gmail.com>  Thu, Jul 28, 2022 at 10:43 AM