



David J. Sencer CDC Museum: In Association with the Smithsonian Institution

CDC's website is being modified to comply with President Trump's Executive Orders.

# CDC Museum COVID-19 Timeline



This timeline provides information about select moments in the COVID-19 pandemic in the United States and around the world beginning from its known origins to today.

Late 2019 | Early 2020 | Mid 2020 | Late 2020 | Early 2021 | Mid-2021 | Late-2021 | Early 2022 | Mid 2022

## Late 2019

**December 12, 2019**
A cluster of patients in China's Hubei Province, in the city of Wuhan, begin to experience the symptoms of an atypical pneumonia-like illness that does not respond well to standard treatments.

### July 7, 2020

The number of confirmed COVID-19 cases in the U.S. surpasses 3 million.

The U.S. begins the process of withdrawing from WHO.

### July 9, 2020

WHO announces that the SARS-CoV-2 virus that causes COVID-19 can be transmitted through the air and is likely being spread by asymptomatic individuals.

### July 14, 2020

CDC again calls on all people to wear cloth face masks when leaving their homes to prevent the spread of COVID-19, calling masks "a critical tool in the fight against COVID-19."

Florida, Texas, Oklahoma, Mississippi, North Carolina, South Carolina, and Georgia have both the greatest percentage of adults who are currently uninsured and the highest numbers of new COVID-19 cases.

### July 15, 2020

A mandate from the Trump Administration directs hospitals nationwide to stop sending critical information about COVID-19 hospitalization rates and equipment availability to CDC and instead report this data to a new system set up by HHS using a private contractor, raising concerns over the politicization of public health, data, and privacy.

### July 16, 2020

Many states, including California, Michigan, and Indiana postpone re-opening plans as COVID-19 case numbers rise.

The U.S. reports a record number of COVID-19 infections in a single day, with 75,600 new cases reported.

CDC extends the no sail order for all cruise ships through September 30, 2020.

### July 22, 2020

The Department of Defense (DOD) and HHS reach a deal with Pfizer BioNTech for the delivery and distribution of 100 million doses of the Pfizer BioNTech COVID-19 vaccine candidate in December 2020, upon confirmation that the vaccine is safe and effective.

Antibody data examined by CDC shows that there were about 10 times more SARS-CoV-2 infections than first reported in March 2020 – May 2020 (depending on the region, there were 6 to 24 times more cases than were initially reported).

### July 23, 2020

CDC releases resources for school administrators, teachers, parents, guardians, and caregivers to help build appropriate public health strategies to slow the spread of COVID-19 in a school environment.