| Date | Total Number of Contracts | Number of Payments | Total Amount Collected |
|---|---|---|---|
| 7/1/2020 | 2499 | 1455 | $ 1,775,435.01 |
| 7/2/2020 | 2521 | 1479 | $ 1,715,187.08 |
| 7/3/2020 | 2515 | 1469 | $ 1,340,340.11 |
| 7/6/2020 | 2529 | 1482 | $ 1,596,224.18 |
| 7/7/2020 | 2519 | 1471 | $ 1,457,556.44 |
| 7/8/2020 | 2533 | 1481 | $ 1,633,203.92 |
| 7/9/2020 | 2483 | 1822 | $ 1,501,439.80 |
| 7/10/2020 | 2485 | 1608 | $ 1,448,730.39 |
| 7/13/2020 | 2490 | 1506 | $ 1,426,109.36 |
| 7/14/2020 | 2491 | 1526 | $ 1,589,449.75 |
| 7/15/2020 | 2499 | 1525 | $ 1,668,755.82 |
| 7/16/2020 | 2515 | 1544 | $ 1,426,387.95 |
| 7/17/2020 | 2523 | 1584 | $ 1,493,652.22 |
| 7/20/2020 | 2559 | 1570 | $ 1,850,241.75 |
| 7/21/2020 | 2564 | 1636 | $ 1,599,253.97 |
| 7/22/2020 | 2569 | 1583 | $ 1,557,650.69 |
| 7/23/2020 | 2571 | 1610 | $ 1,515,248.03 |
| 7/24/2020 | 2596 | 1653 | $ 1,440,119.46 |
| 7/27/2020 | 2596 | 1584 | $ 1,317,336.40 |
| 7/28/2020 | 2585 | 1493 | $ 1,380,027.84 |
| | | **Total Collected** | $ 30,732,350.17 |