**B▇▇ T▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Funding Payment History**

| | |
|---|---|
| **Total Wire Sent to Client** | $ 50,485,490.56 |
| **Total Payment Made** | $ 45,466,343.31 |
| **Exposure** | $ 5,019,147.25 |
| | |
| Balance on Book as of 07/28/20 | $ 78,134,917.19 |

**L▮▮▮▮▮ Funding Payment History**

| | |
|---|---|
| **Total Wire Sent to Client** | $ 17,528,674.32 |
| **Total Payment Made** | $ 9,566,635.95 |
| **Exposure** | $ 7,962,038.37 |
| | |
| Balance on Book as of 07/28/20 | $ 13,359,810.47 |

 **Funding Payment History**

| | |
|---|---|
| **Total Wire Sent to Client** | $ 5,991,332.52 |
| **Total Payment Made** | $ 4,932,682.45 |
| **Exposure** | $ 1,058,650.07 |
| | |
| Balance on Book as of 07/28/20 | $ 18,952,251.88 |

 **Funding Payment History**

| | |
|---|---|
| **Total Wire Sent to Client** | $ 13,375,966.94 |
| **Total Payment Made** | $ 15,322,396.45 |
| **Exposure** | $ (1,946,429.51) |
| | |
| Balance on Book as of 07/28/20 | $ 5,502,658.29 |

##  Funding Payment History

| | |
|---|---|
| **Total Wire Sent to Client** | $ 25,650,706.24 |
| **Total Payment Made** | $ 23,908,857.50 |
| **Exposure** | $  1,741,848.74 |
| | |
| Balance on Book as of 07/28/20 | $ 19,650,159.53 |

D█ L█ **Funding Payment History**

| | |
|---|---|
| **Total Wire Sent to Client** | $ 1,692,506.73 |
| **Total Payment Made** | $ 2,733,162.79 |
| **Exposure** | $ (1,040,656.06) |
| | |
| Balance on Book as of 07/28/20 | $ 5,582,961.72 |

**D█ D█████ T████ C████ Funding Payment History**

| | |
|---|---|
| **Total Wire Sent to Client** | $ 6,682,582.45 |
| **Total Payment Made** | $ 3,639,666.81 |
| **Exposure** | $ 3,042,915.64 |
| | |
| Balance on Book as of 07/28/20 | $ 12,257,515.68 |
| True Balance | $ 8,893,246.68 |

** Funding Payment History**

| | |
|---|---|
| **Total Wire Sent to Client** | $ 5,339,802.00 |
| **Total Payment Made** | $ 1,685,423.20 |
| **Exposure** | $ 3,654,378.80 |
| Balance on Book as of 07/28/20 | $ 6,081,514.70 |

██████████████ **Funding Payment History**

| | | |
|---|---|---|
| **Total Wire Sent to Client** | $ | 4,499,262.90 |
| **Total Payment Made** | $ | 4,863,984.95 |
| **Exposure** | $ | (364,722.05) |
| | | |
| Balance on Book as of 07/28/20 | $ | 8,143,855.92 |

**K▮▮▮▮▮ Logistics ▮▮▮▮▮ Funding Payment History**

| | |
|---|---|
| **Total Wire Sent to Client** | $ 31,034,930.75 |
| **Total Payment Made** | $ 27,180,906.10 |
| **Exposure** | $ 3,854,024.65 |
| Balance on Book as of 07/28/20 | $ 25,361,168.27 |

**N█████ B█████ ██████ Funding Payment History**

| | | |
|---|---|---:|
| **Total Wire Sent to Client** | $ | 35,358,393.04 |
| **Total Payment Made** | $ | 36,772,340.43 |
| **Exposure** | $ | (1,413,947.39) |
| | | |
| Balance on Book as of 07/28/20 | $ | 35,188,922.49 |

**U[REDACTED] Funding Payment History**

| | |
|---|---|
| **Total Wire Sent to Client** | $ 3,532,525.00 |
| **Total Payment Made** | $ 2,155,602.98 |
| **Exposure** | $ 1,376,922.02 |
| Balance on Book as of 07/28/20 | $ 5,838,797.42 |