

# Certificate of Completion

THIS ACKNOWLEDGES THAT

## Joseph LaForte

60889-050

HAS SUCCESSFULLY COMPLETED PHASE ONE OF THE NATIONAL PARENTING PROGRAM AT FDC PHILADELPHIA

*A. Scott*
SPECIAL POPULATIONS
PROGRAM COORDINATOR

*November 13, 2024*
DATE

# Bureau of Prisons
## Psychology Services
## Group Participation

| | | | | |
|---|---|---|---|---|
| Inmate Name: | LAFORTE, JOSEPH | | Reg #: | 60889-050 |
| Date of Birth: | 1971 | Sex: M | Facilitator: | (P)Weaver, Robert MS/DTS |
| Date: | 01/08/2024 | Group Facility: PHL | Group Title: | [225] 5 NORTH NRDAP-1/8/24 |

**Status:** Completed
**Enroll Date:** 01/08/2024    **End Date:** 04/10/2024
**Total Hours:** 26.0

## SESSION DATA:

**Number of Sessions:** 14    **First Session Date:** 01/08/2024    **Last Session Date:** 04/09/2024

| Date | Title | Duration | Attendance | Participation |
|---|---|---|---|---|
| 04/09/2024 | 13-Communication, Transition and Certificates | 120 | Complete Session | Good |
| 04/02/2024 | 12-Building healthy relationships for recovery | 120 | Complete Session | Good |
| 03/26/2024 | NO GROUP-INSTITUTION LOCKED DOWN  Session Note: Institution locked down | 0 | Absent Excused | Not Apply |
| 03/19/2024 | 11-Building a Safety Net | 120 | Complete Session | Good |
| 03/12/2024 | 10-Checking your thinking | 120 | Complete Session | Good |
| 03/05/2024 | 9-RSA | 120 | Complete Session | Good |
| 02/27/2024 | 8-Eight Criminal Thinking Errors | 120 | Complete Session | Good |
| 02/20/2024 | 7- | 120 | Complete Session | Good |
| 02/13/2024 | 6-ABC of thinking continued | 120 | Complete Session | Good |
| 02/06/2024 | 5-ABC of thinking | 120 | Complete Session | Good |
| 01/30/2024 | 4-Managing Feelings-continued | 120 | Complete Session | Good |
| 01/23/2024 | 3-Managing Feelings | 120 | Complete Session | Good |
| 01/19/2024 | 2- | 120 | Complete Session | Good |
| 01/08/2024 | 1-Introductions and expectations | 120 | Complete Session | Fair |

**Attendance**

| | |
|---|---|
| Complete Session Present | 92.9 % |
| Incomplete Session Excused | 0.0 % |
| Incomplete Session Not Excused | 0.0 % |
| Absent Excused | 7.1 % |
| Absent Not Excused | 0.0 % |

**Participation**

| | |
|---|---|
| Good | 85.7 % |
| Fair | 7.1 % |
| Poor | 0.0 % |
| Not Apply | 7.1 % |

# LIFE'S KEY
He who has the Son has life.   ~ 1 John 5:12 ~

Certifying that
**Joseph LaForte**
has successfully completed
Born to Win
by correspondence

7 / 24 / 2023    98%
Date            Grade







Certifying that
**Joseph LaForte**

has successfully completed
Men Who Met the King

7 / 15 / 2024     95%     by correspondence

Date         Grade






**LIFE'S KEY**
He who has the Son has life.    ~ 1 John 5:12 ~

Certifying that
**Joseph LaForte**
has successfully completed
The Greatest Man Alive
by correspondence

7 / 15 / 2024     83%
Date            Grade