COMMONWEALTH OF PENNSYLVANIA
BEFORE THE
PA DEPARTMENT OF BANKING AND SECURITIES

IN THE MATTER OF

Complete Business Solutions Group, Inc.
PAR Funding

Docket No.: 2017-12-4

## NOTICE OF APPEARANCE

Please enter my appearance in the above-designated matters on behalf of

<u>Complete Business Solutions Group, Inc. d/b/a PAR Funding</u>

I am authorized to accept service on behalf of said participant in these matters.

I <u>x</u> am admitted ___ am not admitted to practice before the Supreme Court of Pennsylvania. If "not admitted," please complete and file the Supplement to Notice of Appearance.

_(signed)_ G. Philip Rutledge
Signature

Date: 1/18/18

G. Philip Rutledge
Type or print Name

Bybel Rutledge LLP
Firm

1017 Mumma Road, Suite 302
Street or other mail address

Lemoyne, PA 17043

717.731.8301
Telephone No.

717.731.8205
Facsimile No.

28736
Attorney I.D. No.