Deb Wilkinson

| | |
|---|---|
| From: | Philip Rutledge |
| Sent: | Friday, September 28, 2018 3:47 PM |
| To: | 'Joe Cole' |
| Subject: | Draft Note Purchase Agreement Template |
| Attachments: | Note Purchase Agreement for Complete Business Solutions (Draft of 9.28.18).Docx |

Joe:

Per your request, attached for your review and comment is a draft Note Purchase Agreement which could be used as a template for future issuance of notes by CBSG, Inc.

Regards,

Phil



BYBEL RUTLEDGE LLP

G. Philip Rutledge
BYBEL RUTLEDGE LLP
1017 Mumma Road, Suite 302
Lemoyne, PA 17043
Tel. 717.731.1700
Fax 717.731.8205
Mobile 717.503.1928
rutledge@bybelrutledge.com
www.bybelrutledge.com

This message is for the named person's use only. It may contain confidential, proprietary or legally privileged material. No confidentiality or privilege is waived by any accidental or unintentional transmission. If you receive this message in error, please delete it immediately and all copies of it from your system, destroy any hard copies and notify the sender at 717.731.1700. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient. TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.