| | | |
|---|---|---:|
| Disgorgement | $ | 142,529,000.00 |
| Penalties | $ | 21,850,000.00 |
| Prejudgement Interest | $ | 10,694,758.24 |
| Total | $ | 175,073,758.24 |
| | | |
| Noteholders | $ | 227,825,696.58 |
| | | |
| | | |
| **Receivership Assets - As of 12/31/24** | | |
| Cash in Bank | $ | 175,304,553.00 |
| Cash ACH | $ | 170,000.00 |
| Portfolio Balance - all MCA (CBSG, FAF, CFS) | $ | 8,200,000.00 |
| Other AR | $ | 11,759,000.00 |
| Investments | $ | 980,000.00 |
| Life Settlement Policies | $ | 17,750,000.00 |
| Real Estate (Pending to sell) | $ | 11,677,000.00 |
| Other Assets (Watercraft & Art) | $ | 350,000.00 |
| | $ | **226,190,553.00** |
| | | |
| Jet | $ | 7,500,000.00 |
| Stock Acct | $ | 17,753,000.00 |
| | $ | **25,253,000.00** |
| | | |
| Paciullo/Eckert Suit | $ | 45,000,000.00 |
| Decatur Rd- TX Property | $ | 5,300,000.00 |
| Credit for Receiver's overbilling | $ | 20,000,000.00 |
| Tax Returns - Credit/Refund | $ | 10,700,000.00 |
| Lisa's Personal Bank Accts (Citizens 0345 & 8156) | $ | 547,585.60 |
| ABFP, Gissas, Fidelis, Abbonizio | $ | 22,000,000.00 |
| | $ | **103,547,585.60** |
| | | |
| **TOTAL** | $ | **354,991,138.60** |