Joseph Laforte Restitution Chart

| **CBSG** | | | | | |
|---|---|---|---|---|---|
| **INVESTOR** | **ADDRESS** | **PRINCIPAL OWED** | **PRO RATA SHARE** | **DISTRIBUTION TO DATE** | **OUTSTANDING PRINCIPAL** |
| ABFP Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 18,324,690.00 | 0.0452 | $ 5,444,982.00 | $ 12,879,708.00 |
| ABFP Income Fund 2 | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 6,641,800.00 | 0.0164 | $ 3,961,290.00 | $ 2,680,510.00 |
| ABFP Income Fund 3 | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 27,904,000.00 | 0.0688 | $ 11,884,565.00 | $ 16,019,435.00 |
| ABFP Income Fund 4 | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 20,631,150.00 | 0.0509 | $ 9,375,652.56 | $ 11,255,497.44 |
| ABFP Income Fund 6 | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 17,125,074.00 | 0.0423 | $ 8,746,300.34 | $ 8,378,773.66 |
| AGM Capital Fund | 5260 Merrick Road Massapequa, NY 11758 | $ 44,660,465.58 | 0.1102 | $ - | $ 44,660,465.58 |
| AGM Capital Fund 2 | 5260 Merrick Road Massapequa, NY 11758 | $ 13,194,274.97 | 0.0326 | $ - | $ 13,194,274.97 |
| Alan C. | | $ 692,857.00 | 0.0017 | | $ 692,857.00 |

| Name | Address | Amount | Rate | Paid | Balance |
|---|---|---|---|---|---|
| Albert C. | | $ 15,500,000.00 | 0.0382 | $ - | $ 15,500,000.00 |
| Albert E.C. | | $ 175,000.00 | 0.0004 | $ - | $ 175,000.00 |
| Alvin Holdings | 6029 Mendota Dr. Plano, TX 75024 | $ 600,000.00 | 0.0015 | $ - | $ 600,000.00 |
| Blue Stream Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 1,899,950.00 | 0.0047 | $ 784,583.49 | $ 1,115,366.51 |
| Cape Cod Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 1,412,000.00 | 0.0035 | $ 508,710.77 | $ 903,289.23 |
| Capricorn Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 18,694,211.16 | 0.0461 | $ 7,398,536.83 | $ 11,295,674.33 |
| Cherie C. | | $ 150,000.00 | 0.0004 | $ - | $ 150,000.00 |
| Dakota Joy Holdings ROTH LLC | 205 Heritage Trail N Bellville, TX 77418 | $ 1,500,000.00 | 0.0037 | $ 164,728.82 | $ 1,335,271.18 |
| Dan C. | | $ 1,050,000.00 | 0.0026 | $ 237,238.69 | $ 812,761.31 |
| Daniel O. | | $ 1,700,000.00 | 0.0042 | $ - | $ 1,700,000.00 |
| Daniel S. | | $ 450,000.00 | 0.0011 | | $ 450,000.00 |
| Danielle H. | | $ 500,000.00 | 0.0012 | $ - | $ 500,000.00 |
| David W. | | $ 1,600,000.00 | 0.0039 | | $ 1,600,000.00 |
| Ed H. | | $ 450,000.00 | 0.0011 | $ 140,155.25 | $ 309,844.75 |
| Equity Trust FBO Patrick Gibbons | 1 Equity Way West Lake, OH 44145 | $ 1,065,000.00 | 0.0026 | | $ 1,065,000.00 |
| Ezra C. | | $ 3,250,000.00 | 0.0080 | $ - | $ 3,250,000.00 |
| Ezra Shehebar LLC (Zudy) | 1407 Broadway Suite 503 New York, NY 10018 | $ 1,600,000.00 | 0.0039 | $ - | $ 1,600,000.00 |

| Name | Address | Amount | Rate | Paid | Balance |
|---|---|---:|---:|---:|---:|
| Fidelis Financial Planning | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 8,305,000.00 | 0.0205 | $ 2,938,946.33 | $ 5,366,053.67 |
| Gamed LLC (Zudy) | 1961 Ocean Parkway Brooklyn, NY 11223 | $ 2,000,000.00 | 0.0049 | $ - | $ 2,000,000.00 |
| Gary N. | | $ 2,000,000.00 | 0.0049 | $ 443,085.06 | $ 1,556,914.94 |
| GEMJ Chehebar (Jojo) | 1407 Broadway, Suite 503 New York, NY 10018 | $ 4,000,000.00 | 0.0099 | $ - | $ 4,000,000.00 |
| GR8 Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 1,380,000.00 | 0.0034 | $ 661,076.17 | $ 718,923.83 |
| Isaac Bennet Sales | 1185 Caledonia Rd Toronto, Ontario M6A 2X1 | $ 2,000,000.00 | 0.0049 | $ - | $ 2,000,000.00 |
| Isaac S. | | $ 15,000,000.00 | 0.0370 | $ - | $ 15,000,000.00 |
| Jack T. | | $ 3,000,000.00 | 0.0074 | $ - | $ 3,000,000.00 |
| Jade Fund, LLC | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 201,000.00 | 0.0005 | $ 96,028.54 | $ 104,971.46 |
| Jason C. | | $ 600,000.00 | 0.0015 | | $ 600,000.00 |
| Jax Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 503,000.00 | 0.0012 | $ 212,245.37 | $ 290,754.63 |
| Jose A. | | $ 650,000.00 | 0.0016 | $ 215,343.26 | $ 434,656.74 |
| Josef C. | | $ 2,200,000.00 | 0.0054 | $ - | $ 2,200,000.00 |
| Joseph L. | | $ 750,000.00 | 0.0019 | | $ 750,000.00 |
| Joyce C. | | $ 225,000.00 | 0.0006 | $ - | $ 225,000.00 |

Joseph Laforte Restitution Chart

| Name | Address | Amount | Rate | Paid | Balance |
|---|---|---:|---:|---:|---:|
| Karen S. | | $ 675,000.00 | 0.0017 | $ 69,781.68 | $ 605,218.32 |
| Lindsay B. | | $ 325,000.00 | 0.0008 | | $ 325,000.00 |
| LWM Equity Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 1,249,116.80 | 0.0031 | $ 520,880.40 | $ 728,236.40 |
| LWM Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 5,168,473.00 | 0.0128 | $ 1,691,291.56 | $ 3,477,181.44 |
| LWM Income Fund 2 | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 886,000.00 | 0.0022 | $ 313,558.80 | $ 572,441.20 |
| Mariner MCA Income Fund | 108 Forest Hill Dr. Mail Stop D-2, Blakeslee, Pa 18610 | $ 4,325,735.00 | 0.0107 | $ 1,733,693.03 | $ 2,592,041.97 |
| Mark M. | | $ 230,000.00 | 0.0006 | $ 65,363.50 | $ 164,636.50 |
| Matthew S. | | $ 100,000.00 | 0.0002 | | $ 100,000.00 |
| MCA Capital Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 600,000.00 | 0.0015 | $ 148,146.00 | $ 451,854.00 |
| MCA Carolina Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 200,000.00 | 0.0005 | $ 94,282.42 | $ 105,717.58 |

Joseph Laforte Restitution Chart

| | | | | | |
|---|---|---|---|---|---|
| MCA National Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 8,950,000.00 | 0.0221 | $ 3,712,444.24 | $ 5,237,555.76 |
| Mede II Holdings | 555 Prospect St Metuchen, NJ 08840 | $ 300,000.00 | 0.0007 | | $ 300,000.00 |
| Merchant Factoring Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 786,000.00 | 0.0019 | $ 353,944.58 | $ 432,055.42 |
| Merchant Growth Income Funding | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 500,000.00 | 0.0012 | $ 229,575.59 | $ 270,424.41 |
| Merchant Services Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 18,018,319.00 | 0.0445 | $ 7,012,917.16 | $ 11,005,401.84 |
| Michael B. | | $ 100,000.00 | 0.0002 | $ 14,797.61 | $ 85,202.39 |
| Michael C. | | $ 3,000,000.00 | 0.0074 | $ - | $ 3,000,000.00 |
| Michael . | | $ 100,000.00 | 0.0002 | | $ 100,000.00 |
| Mid Atlantic MCA Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 4,650,500.00 | 0.0115 | $ 1,842,932.83 | $ 2,807,567.17 |
| MK One Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 1,629,375.00 | 0.0040 | $ 572,994.56 | $ 1,056,380.44 |

Joseph Laforte Restitution Chart

| Name | Address | Amount | Ratio | Paid | Balance |
|---|---|---|---|---|---|
| Nancy S. | | $ 50,000.00 | 0.0001 | $ 69,781.68 | $ (19,781.68) |
| Nashi | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 3,685,000.00 | 0.0091 | $ 724,351.06 | $ 2,960,648.94 |
| Par Equity Lenders | 948 Kilmer Lane Valley Stream, NY 11581 | $ 5,900,000.00 | 0.0146 | $ - | $ 5,900,000.00 |
| Patrick G. | | $ 281,250.00 | 0.0007 | | $ 281,250.00 |
| Pisces Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 14,162,100.00 | 0.0349 | $ 7,055,422.33 | $ 7,106,677.67 |
| RAZR MCA Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 987,300.32 | 0.0024 | $ 434,870.40 | $ 552,429.92 |
| Renee R. | | $ 250,000.00 | 0.0006 | $ 62,361.66 | $ 187,638.34 |
| Retirement Evolution (RE) | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 7,000,000.00 | 0.0173 | $ 6,133,010.15 | $ 866,989.85 |
| Retirement Evolution Insure Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 6,750,000.00 | 0.0167 | $ - | $ 6,750,000.00 |
| Richard C. | | $ 1,000,000.00 | 0.0025 | $ - | $ 1,000,000.00 |
| Robert F. | | $ 500,000.00 | 0.0012 | $ - | $ 500,000.00 |
| Rosemary C. | | $ 300,000.00 | 0.0007 | | $ 300,000.00 |
| She'erit E. | | $ 1,000,000.00 | 0.0025 | $ - | $ 1,000,000.00 |

Joseph Laforte Restitution Chart

| Name | Address | Amount | Ratio | Paid | Balance |
|---|---|---|---|---|---|
| Sherpa 1 Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 11,002,200.00 | 0.0271 | $ 4,175,342.67 | $ 6,826,857.33 |
| Spartan Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 3,976,600.00 | 0.0098 | $ 1,831,529.00 | $ 2,145,071.00 |
| Steve F. | | $ 250,000.00 | 0.0006 | | $ 250,000.00 |
| Steven C. | | $ 70,000.00 | 0.0002 | $ - | $ 70,000.00 |
| Steven F. | | $ 200,000.00 | 0.0005 | | $ 200,000.00 |
| STFG Income Fund | 1334 Brittmoore Rd. Ste 1318 Houston, Texas 77043 | $ 7,903,980.00 | 0.0195 | $ 3,551,391.70 | $ 4,352,588.30 |
| Tember E. | | $ 1,000,000.00 | 0.0025 | $ 335,696.12 | $ 664,303.88 |
| Titan Holdings LLC | 809 Autumn Breeze Ct Herndon, VA 20170 | $ 5,395,000.00 | 0.0133 | $ 1,758,673.54 | $ 3,636,326.46 |
| Victory Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 940,000.00 | 0.0023 | $ 319,883.01 | $ 620,116.99 |
| VKS Management | 2501 S Tamiami Trail Sarasota, FL 34239 | $ 600,000.00 | 0.0015 | $ 273,714.95 | $ 326,285.05 |
| Wellen Fund I | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 2,654,100.00 | 0.0065 | $ 911,659.30 | $ 1,742,440.70 |
| WorkWell Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 502,000.00 | 0.0012 | $ 224,561.28 | $ 277,438.72 |

| | | | | | |
|---|---|---|---|---|---|
| | | | 0.0000 | | $ - |
| **FAST ADVANCE FUNDING** | | | 0.0000 | | $ - |
| ABFP Multi Strategy Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 4,357,000.00 | 0.0173 | $ 1,402,864.29 | $ 2,954,135.71 |
| ABFP Multi Strategy Fund 2 | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 1,600,000.00 | 0.0167 | $ 99,801.65 | $ 1,500,198.35 |
| Camaplan FBO William Bromley IRA | 122 East Butler Avenue Suite 100, Ambler, PA 19002 | $ 125,000.00 | 0.0003 | $ - | $ 125,000.00 |
| Tina L. | | $ 64,000.00 | 0.0002 | $ - | $ 64,000.00 |
| | | | 0.0000 | | $ - |
| **CAPITAL SOURCE 2000** | | | 0.0000 | | $ - |
| Cheree Aslpin IRA | 122 East Butler Ave Suite 100 Ambler, PA 19002 | $ 200,000.00 | 0.0005 | $ - | $ 200,000.00 |
| AIGP Capital Managent LLC | 99 Aldan Ave #44, Glen Mills, PA 19342 | $ 1,250,000.00 | 0.0031 | $ - | $ 1,250,000.00 |
| Michael Albert (TD Ameritrade) | 6169 Upper York Road New Hope, PA 18938 | $ 250,000.00 | 0.0006 | $ - | $ 250,000.00 |
| William B. | | $ 50,000.00 | 0.0001 | $ - | $ 50,000.00 |
| Christian G. | | $ 500,000.00 | 0.0012 | $ - | $ 500,000.00 |
| Joni M. | | $ 200,000.00 | 0.0005 | $ - | $ 200,000.00 |
| Access Capital Fund | 354 Paoli Woods Dr. Paoli, PA 19301 | $ 400,000.00 | 0.0010 | $ - | $ 400,000.00 |
| David C. | | $ 75,000.00 | 0.0002 | $ - | $ 75,000.00 |
| David Van Horn Equity Trust | Po Box 451340, Westlake, OH 44145 | $ 25,000.00 | 0.0001 | $ - | $ 25,000.00 |
| Freedom Capital Fund | 977 Carol Circle West Chester, PA 19380 | $ 784,000.00 | 0.0019 | $ - | $ 784,000.00 |
| Freedom Capital Fund II | 977 Carol Circle West Chester, PA 19380 | $ 1,070,000.00 | 0.0026 | $ - | $ 1,070,000.00 |
| Freedom Capital Fund III | 977 Carol Circle West Chester, PA 19380 | $ 3,070,000.00 | 0.0076 | $ - | $ 3,070,000.00 |

Joseph Laforte Restitution Chart

| Name | Address | Amount | Rate | Paid | Balance |
|---|---|---|---|---|---|
| Freedom Capital Income Fund, LLC. | 977 Carol Circle West Chester, PA 19380 | $ 1,430,000.00 | 0.0035 | $ - | $ 1,430,000.00 |
| Gary F. | | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| Lisa Gile Gonzalez IRA | 122 East Butler Ave Suite 100 Ambler, PA 19002 | $ 203,000.00 | 0.0005 | $ - | $ 203,000.00 |
| Hellena T. | | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| Harold Marcus (RBC Capital) | 1001 City Ave Apt WA605 Wynnewood, PA 19096 | $ 200,000.00 | 0.0005 | $ - | $ 200,000.00 |
| Harold Marcus IRA (Cama) | 122 East Butler Pike, Suite 100 Ambler, PA 19002 | $ 450,000.00 | 0.0011 | $ - | $ 450,000.00 |
| Harold Marcus Real Estate Trust (RBC Capital) | 1001 City Ave Apt WA605 Wynnewood, PA 19096 | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| Harold Marcus Roth IRA (Cama) | 122 East Butler Pike, Suite 100 Ambler, PA 19002 | $ 200,000.00 | 0.0005 | $ - | $ 200,000.00 |
| Marcus Family Investments LLC | 1001 City Ave Apt WA605 Wynnewood, PA 19096 | $ 1,610,000.00 | 0.0040 | $ - | $ 1,610,000.00 |
| Myra Marcus Residual Benefit Trust (RBC Capital) | 1001 City Ave Apt WA605 Wynnewood, PA 19096 | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| Wilma M. | | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| Howard D. | | $ 350,000.00 | 0.0009 | $ - | $ 350,000.00 |
| Triangle Home Investments (Dunetz) | 1000 Gypsy Hill Rd. Lower Gwynedd, PA 19002 | $ 150,000.00 | 0.0004 | $ - | $ 150,000.00 |
| Clara F. | | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| James Gile (JKG Holdings LLC as of 01/01/19) | 2766 S Clayton St. Denver, CO 80210 | $ 300,000.00 | 0.0007 | $ - | $ 300,000.00 |
| James M. | | $ 300,000.00 | 0.0007 | $ - | $ 300,000.00 |
| Kevin M. | | $ 150,000.00 | 0.0004 | $ - | $ 150,000.00 |
| Linda Dale IRA | 122 E Butler Ave Suite 150 Ambler, PA 19002 | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| Michael A. | | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| Michael M. | | $ 150,000.00 | 0.0004 | $ - | $ 150,000.00 |
| Mary Rhoades (TD Ameritrade) | 203 Saul Lane Rose Valley, PA 19063 | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| Thomas Musi (Atlantic Community) | 2577 Wayland Road Berwyn, PA 19312 | $ 250,000.00 | 0.0006 | $ - | $ 250,000.00 |

Joseph Laforte Restitution Chart

| | | | | | | |
|---|---|---|---|---|---|---|
| Wolf Investments Fund | 1212 Baltimore Pike, Suite 270 Chadds Ford, PA 19317 | $ 775,000.00 | 0.0019 | $ - | $ 775,000.00 |
| Elizabeth Ratcliff (Betsy) | 2850 Classic Dr #2415, Highlands Ranch, CO 81645 | $ 200,000.00 | 0.0005 | $ - | $ 200,000.00 |
| Gile Family LLC | 570 Spruce St Aspen, CO 81611 | $ 1,550,000.00 | 0.0038 | $ - | $ 1,550,000.00 |
| RBG Property | 570 Spruce Street Aspen, CO 81611 | $ 3,488,150.00 | 0.0086 | $ - | $ 3,488,150.00 |
| Robert G. | | $ 185,000.00 | 0.0005 | $ - | $ 185,000.00 |
| Robert Gile CPA Profit Sharing | 570 Spruce Street Aspen, CO 81611 | $ 956,800.00 | 0.0024 | $ - | $ 956,800.00 |
| Tributary Income | 570 Spruce St Aspen, CO 81611 | $ 2,050,000.00 | 0.0051 | $ - | $ 2,050,000.00 |
| Stephen Wittmer IRA | 122 East Butler Ave(Pike), Suite 100 Ambler, PA 19002 | $ 300,000.00 | 0.0007 | $ - | $ 300,000.00 |
| American Abstract (Thomas Musi) | 21 W. 3rd Street Media, PA 19063 | $ 150,000.00 | 0.0004 | $ - | $ 150,000.00 |
| Thomas F. | | $ 150,000.00 | 0.0004 | $ - | $ 150,000.00 |
| Thomas Feeney IRA (Cama) | 122 East Butler Ave(Pike) Suite 100 Ambler, PA 19002 | $ 50,000.00 | 0.0001 | $ - | $ 50,000.00 |
| Clothier Springs Capital (Millenium Trust) | 305 Clothier Springs Road Pheonix, PA 19460 | $ 500,000.00 | 0.0012 | $ - | $ 500,000.00 |
| Jeffrey C. | | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| Pebble Spring | 200 W Elm St Unit 1223 Conshohocken, PA 19428 | $ 800,000.00 | 0.0020 | $ - | $ 800,000.00 |
| | | | | | |
| Commonwealth of Pennsylvania | | $ 1,655,299.00 | 0.0041 | | $ 1,655,299.00 |
| | | | | | |
| **Sub-Total Restitution (Tier 1 Victims)** | | $ 405,310,770.83 | | | $ 304,355,783.60 |
| | | | | | |
| Internal Revenue Service (Tier 2 Victim) | | $ 10,487,481.00 | | | $ 10,487,481.00 |
| | | | | | |
| **Total Restitution** | | | | | **$ 314,843,264.60** |